469 F.2d 1395
 11 UCC Rep.Serv. 937
 ST. JOHNSBURY AND LAMOILLE COUNTY RAILROAD, Plaintiff-Appellant,
v.
CANADIAN PACIFIC RAILWAY COMPANY, Defendant-Appellee.
 No. 330, Docket 72-1893.
 United States Court of Appeals,
Second Circuit.
 Argued Dec. 8, 1972.
Decided Dec. 22, 1972.
 
 Robert J. Kurrle, Barre, Vt. (Richard E. Davis, Barre, Vt., of counsel), for plaintiff-appellant.
 Robert D. Rachlin, St. Johnsbury, Vt. (Downs, Rachlin & Martin, St. Johnsbury, Vt., of counsel), for defendant-appellee.
 Before LUMBARD, SMITH and MANSFIELD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed upon the carefully considered opinion of Judge Oakes, reported at 341 F.Supp. 1368 (D.Vt.1972).
 
 
 2
 ---------------
 
 
 
 * Of the United States Court of Appeals for the Second Circuit, sitting by designation.